## SESSIONS V. AINSWORTH.

An obligation for money payable in collateral articles, may be discharged, by paying the money.

UPON error in the case of Sessions v. Ainsworth it was determined — That an obligation for any sum of money payable in collateral articles, is dischargeable by paying or tendering the money.

## CARPENTER V. CHILDS.

Error will not lie against an interlocutory sentence or order, until final judgment is given in the cause.

ON a writ of error, Carpenter v. Childs, it was determined — That error will not lie against a judgment of a court in arresting a verdict and ordering a repleader, until a final trial is had in the cause.

## BACON V. FITCH ET AL.

An obligation given to the heirs of a person living, by that description only, is good.

ERROR, complaining of a judgment of the County Court in an action brought by Fitch et al. children and heirs of Mary Backus against said Bacon, on a note given by him to the heirs of Mary Backus, she then being alive, for £20, payable the 16th of January, A. D. 1766.

A demurrer was given to the declaration.

The question was — Whether the heirs of a person living, is a sufficient description for them to take by.

Judgment — Declaration sufficient: And this judgment was affirmed.

By the COURT. All that is necessary, in an obligee or grantee, is that he hath a capacity to take, and is so described as to be certainly known to be the person meant and intended; and in this case there cannot arise a doubt as to who the promisees were.

## STORES V. SNOW.

ACTION of ejectment, for land mortgaged to the plaintiff. Plea — Not guilty. Issue to the jury.